UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TEDESCHI, II,<br><br>           Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>           Defendant. | Case No. 2:15-cv-00031<br>Honorable Gordon J. Quist |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Tedeschi, II, and Defendant Merchants & Medical Credit Corporation, Inc., have settled and resolved this matter in its entirety. The parties shall submit dismissal documents on or before May 15, 2015.  Accordingly, the parties request that all dates be vacated.

 

Respectfully submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
T: (734) 222-5179
F: (866) 941-8712
colson@olsonlawpc.com

Dated: April 14, 2015

### Certifcate of Service

I, Charity A. Olson, hereby state that on April 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. A copy of this filing will also be served on Plaintiff via U.S. First Class Mail and electronic mail.

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP

1