UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL TEDESCHI, II,

        Plaintiff,

v.

MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,

        Defendant.

Case No. 2:15-cv-00031
Honorable Gordon J. Quist

## ORDER OF DISMISSAL

The Court, having reviewed the parties' Stipulation of Dismissal and finding good cause shown; now, therefore;

IT IS HEREBY ORDERED that Plaintiff's claims as to Defendant Merchants & Medical Credit Corporation, Inc., are dismissed with prejudice. Each side shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  June 22, 2015

        /s/ Gordon J. Quist
Hon. Gordon J. Quist
United States District Judge

1